**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. 3:13-cv-01579-TJC-PDB |
| ) | |
| v. ) | |
| ) | |
| JOHN DOE subscriber assigned IP address ) | |
| 50.139.254.161, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## PLAINTIFF'S MOTION FOR EXPEDITED HEARING

Plaintiff, Malibu Media, LLC respectfully requests an expedited hearing on its Motion for Leave to Serve Third Party Subpoenas Prior to a Rule 26(f) Conference (the "Motion"), filed January 6, 2014 [CM/ECF 3], and states:

This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's Internet Service Providers (the "ISPs"), can correlate Defendant's IP address to a subscriber. Plaintiff has filed its Motion and Memorandum of Law in Support thereof, but the issue remains pending before the Court. This is a time-sensitive matter, as ISPs only retains its subscribers' identities for a short period of time. Should Plaintiff fail to timely issue a subpoena to the ISP, Defendant's information will be lost.

Plaintiff's Motion is unopposed because Defendant remains unknown and has not made an appearance in the case. Plaintiff anticipates that the hearing will take no longer than one (1) hour.

WHEREFORE, Plaintiff respectfully requests that this Court schedule an expedited hearing on Plaintiff's Motion for Leave, as the Court's schedule may permit.

Dated: February 27, 2014

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipsomb@lebfirm.com
LIPSCOMB, EISENBERG & BAKER, PL
2 South Biscayne Blvd., Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile:  (786) 431-2229
*Attorneys for Plaintiff*

### CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ *M. Keith Lipscomb*

### SERVICE LIST

U.S. District Court
Middle District of Florida
Civil Case No. 3:13-cv-01579-TJC-PDB

1. Plaintiff does not yet have Defendant's name or address.