United States District Court
Middle District of Florida
Jacksonville Division

**MALIBU MEDIA, LLC,**

  *Plaintiff,*

v.                  NO. 3:13-CV-1578-J-32PDB

**JOHN DOE,**
**SUBSCRIBER ASSIGNED IP ADDRESS 24.129.117.212,**

  *Defendant.*

---

**MALIBU MEDIA, LLC,**

  *Plaintiff,*

v.                  NO. 3:13-CV-1579-J-32PDB

**JOHN DOE,**
**SUBSCRIBER ASSIGNED IP ADDRESS 50.139.254.161,**

  *Defendant.*

---

**MALIBU MEDIA, LLC,**

  *Plaintiff,*

v.                  NO. 3:13-CV-1580-J-32PDB

**JOHN DOE,**
**SUBSCRIBER ASSIGNED IP ADDRESS 50.203.45.94**

  *Defendant.*

---

MALIBU MEDIA, LLC,

  *Plaintiff,*

v.                 No. 3:13-cv-1581-J-32PDB

JOHN DOE,
SUBSCRIBER ASSIGNED IP ADDRESS **66.177.6.60**,

  *Defendant.*

___

MALIBU MEDIA, LLC,

  *Plaintiff,*

v.                 No. 3:13-cv-1582-J-32PDB

JOHN DOE,
SUBSCRIBER ASSIGNED IP ADDRESS **71.203.148.180**,

  *Defendant.*

___

MALIBU MEDIA, LLC,

  *Plaintiff,*

v.                 No. 3:13-cv-1583-J-32PDB

JOHN DOE,
SUBSCRIBER ASSIGNED IP ADDRESS **98.231.8.110**,

  *Defendant.*

___

## Clerk's Minutes

| Proceeding | Motion Hearing |
|---|---|
| Date | March 19, 2014 |
| Time | 2:00–3:09 p.m. |
| Judge | Patricia Barksdale, United States Magistrate Judge |
| Courtroom Deputy | Angela Loeschen |
| Counsel for Plaintiff | Keith Lipscomb, Esquire |
| Counsel for Defendant | None present |
| Digital/Reporter | Digital |

Mr. Lipscomb was present on the telephone.

The Court heard argument from Mr. Lipscomb on his motions for leave to serve a third party subpoena before a Rule 26(f) conference; 3:13-cv-1578, Doc. 3; 3:13-cv-1579, Doc. 3; 3:13-cv-1580, Doc. 4; 3:13-cv-1581, Doc. 3; 3:13-cv-1582, Doc. 4; and 3:13-cv-1583, Doc. 2. The Court took the motions under advisement. A written order will follow.