UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| MALIBU MEDIA, LLC, | ) |
| Plaintiff, | ) Civil Case No. 3:13-cv-01579-TJC-PDB |
| v. | ) |
| JOHN DOE subscriber assigned IP address 50.139.254.161, | ) |
| Defendant. | ) |

**PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT**

Pursuant to Fed. R. Civ. P. 4(m), Plaintiff, Malibu Media, LLC, moves for entry of an order extending the time within which Plaintiff has to serve Defendant with a Summons and Complaint, and states:

1. This is a copyright infringement case against a John Doe Defendant known to Plaintiff only by an IP address. Defendant's true identity is known by their Internet service provider ("ISP").

2. On April 10, 2014, Plaintiff was granted leave to serve a third party subpoena on Defendant's ISP, Comcast Cable Holdings, LLC, to obtain the Defendant's identifying information [CM/ECF 12]. Plaintiff issued the subpoena the very same day, but does not expect to receive the ISP's response until May 27, 2014.

3. Pursuant to Rule 4(m), Plaintiff's deadline to effectuate service on Defendant was last Saturday, April 19, 2014. As Plaintiff does not know the Defendant's true identity, it was unable to serve Defendant by the deadline.

4.      Procedurally, Plaintiff respectfully requests that the time within which it must effectuate service of a summons and Complaint on Defendant be extended until thirty (30) days after Plaintiff expects to learn the Defendant's identity, or until June 26, 2014.

WHEREFORE, Plaintiff respectfully requests that the time within which it must serve the Defendant with a summons and Complaint be extended until June 26, 2014.  A proposed order is attached for the Court's convenience.

Dated: April 21, 2014

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
LIPSCOMB EISENBERG & BAKER, PL
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Telephone: (786) 431-2228
Facsimile:  (786) 431-2229
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *M. Keith Lipscomb*