United States District Court
Middle District of Florida
Jacksonville Division

**MALIBU MEDIA, LLC,**

    *Plaintiff,*

v.                                                                                        NO. 3:13-CV-1579-J-32PDB

**JOHN DOE,**
SUBSCRIBER ASSIGNED IP ADDRESS 50.139.254.161,

    *Defendant.*

---

### Order Granting Plaintiff's Ex Parte Motion
### for Extension of Time to Serve Defendant

The plaintiff filed a complaint against John Doe on December 20, 2013, Doc. 1, and approximately two weeks later asked the Court for permission to serve Comcast Cable with a subpoena prior to a Rule 26(f) conference so that it could identify the defendant, Doc. 3–3-1. The Court granted the request on April 10, 2014. Doc. 12. The plaintiff now requests an extension of the service-of-process deadline so that it may identify and then serve the defendant with a summons and complaint. Doc. 13.

"If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." Fed. R. Civ. P. 4(m). "But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." *Id.*

Finding that the plaintiff has shown good cause for its failure to serve the defendant within 120 days of filing the complaint, the Court **grants** the plaintiff's motion for an extension of time to serve the defendant, Doc. 13, and extends the time for service to **June 26, 2014**. The Court reminds the plaintiff that it must notify the defendant (or his counsel) of its intent to name and serve the defendant at least 14 days before obtaining a summons. Doc. 12 at 4.

**Ordered** in Jacksonville, Florida, on April 23, 2014.

PATRICIA D. BARKSDALE
*United States Magistrate Judge*

c:   Counsel of Record