**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRIC OF FLORIDA**
**JACKSONVILLE DIVISION**

|  |  |
|---|---|
| MALIBU MEDIA, LLC | ) |
| Plaintiff | ) Civil Case No.: 3:13-cv-01579-TJC-PDB |
| vs. | ) |
| CURT VANDENHEUVEL | ) |
| Defendant. | ) |

**JOINT MOTION FOR SUBSTITUTION OF COUNSEL**

Defendant, CURT VAN DEN HUEVEL, hereby moves this Court for entry of an Order allowing DOUGLAS HEDSTROM COSSEY PA, and specifically, CHARLES P.DOUGLAS, ESQ, to withdraw as counsel of record for CURT VAN DEN HUEVEL effective April 14, 2016 and substituting JOSHUA A. COSSEY, ESQ. in its place and stead. CHARLES P. DOUGLAS, ESQ. and DOUGLAS HEDSTROM COSSEY, P.A. shall have no further obligation or appearance before the Court in this cause. Copies of all further correspondence, pleadings, and/or discovery matters pertaining to this case should be furnished to Joshua A Cossey, Esq. at 1710 Shadowood Ln, Ste 210 Jacksonville, FL 32207, email fllandlaw@gmail.com.

**DOUGLAS HEDSTROM COSSEY, P.A.**      **JOSHUA A COSSEY, ESQ.**

/s/ *Charles T. Douglas*      /s/ *Joshua A. Cossey*

_____      _____
Charles T. Douglas, Esq.      Joshua A. Cossey, Esq.
Florida Bar No. 025896      Florida Bar No. 59716
601 St. Johns Ave      1710 Shadowood Lane, Ste 210
Palatka, FL      Jacksonville, FL 32207
Telephone: (800) 369-6657      Telephone: (904) 891-2507

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2016, I filed electronically the foregoing with the Clerk of the Court via CM/ECF Systems which will notify electronically all parties to include:

LIPSCOMB EISENBERG & BAKER, PL
Attn: Daniel Shatz, Esq.
Dshatz@lebfirm.com
2 South Biscayne Blvd.
Penthouse 3800
Miami, FL 33131
Tel: (786) 431-2228

Fax: (786) 431-2229
*Attorney for Plaintiff*

By: */s/ Joshua A Cossey*